IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER TOWLER,

        Plaintiff,                    No. 2:12-cv-2607 KJN P

       vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION,

        Defendant.              ORDER

                             /

          Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff did not answer questions 2 through 7. Morever, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:

4  a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5  and

6  b. a certified copy of plaintiff's prison trust account statement for the six
7  month period immediately preceding the filing of the complaint.

8  2. The Clerk of the Court is directed to send plaintiff a new Application to
9  Proceed In Forma Pauperis By a Prisoner; and

10  3. Plaintiff's failure to comply with this order may result in the dismissal of this
11  action without prejudice.

12  DATED: October 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

16  towl2607.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER TOWLER,

     Plaintiff,                  No. 2:12-cv-2607 KJN P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,               NOTICE OF SUBMISSION

     Defendants.
_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____     Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

_____
Plaintiff